BRUNO NIEWIADOWSKI, Respondent, v. KULP-WACO, INC., et al., Appellants.—
All concur. (Appeal from order granting plaintiff's motion for leave to serve an amended complaint, in an automobile negligence action.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.

BRUNO NIEWIADOWSKI, Respondent, v. KULP-WACO, INC., et al., Appellants.—

Memorandum: The motion on which the order was granted was to restore the case to the calendar, it having been dismissed under rule

302 of the Rules of Civil Practice. The motion does not lie. The remedy, if any, was a motion to open the default. (See *Klein* v. *Vernon Lbr. Corp.*, 269 App. Div. 71.) All concur. (Appeal from order granting plaintiff's motion to restore cause to foot of the Held Calendar.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Wheeler, JJ.